

UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF COLUMBIA

CHARLES T. PHILLIPS, #105239  K-77A
    100 WARRIOR LANE
    BESSEMER, ALabama
        35023
    #105239
        PLAINTIFF,
v.

UNITED STATES ATTORNEY GENERAL
    (ALBERTO GONZALES)

ALABAMA ATTORNEY GENERAL
    ( TROY KING)

U.S. ATTORNEY ALICE MARTIN

ALABAMA DISTRICT ATTORNEY
(JEFF.CO. DAVID M. BARBER)

COMMISSIONER RICHARD F. ALLEN

ALABAMA DEPT. OF CORRECTIONS

A-Z (THOSE ASSOCIATED WITH THE-
    CARE, CUSTODY AND CONTROL OF PLAINTIFF),

    et. al., DEFENDANTS,

CIVIL ACTION NO.:
_____

TRIAL BY JURY DEMANDED

## COMPLAINT
### COUNT I

PLAINTIFF CHARLES T. PHILLIPS, (HEREINAFTER, "PHILLIPS"),
MAINTAINS AND AVERS THE FOLLOWING:

-1-

RECEIVED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:08-cv-00016-UNA    Document 1    Filed 01/04/2008    Page 2 of 8

1. ON THE 30th DAY OF OCTOBER, 2006 PHILLIPS FILED NOTICE PURSUANT TO RULE 65(a) FEDERAL RULES OF CIVIL PROCEDURE AND 42 U.S.C. 1997(a) THROUGH 42 U.S.C. 1997(j), ALLEGING:

    A. EXCESSIVE FORCE, i.e., BEATING THAT CAUSED IRREPERABLE DAMAGES TO PHILLIPS' EARS, LUNGS, HEAD AND NECK, (THERE MAY BE OTHER INJURIES- NOT YET DISCOVERED).

    B. DEPRIVATION OF ADEQUATE MEDICAL CARE--
        (SEE: SPEARS, et. al., V. NAPHCARE, INC.-
            et. al., CV-02-C-1517-W; N.D. ALA. 2002).

    c. LEVEL OF VIOLENCE HAS CONTINUED TO INCREASE DUE TO LACK OF SECURITY AND FAILURE TO IMPLEMENT AND/OR EXERCISE GOOD WORK HABITS, i.e., --- PROFESSIONAL WORK-RELATED ACTIONS.

    D. ATTEMPTED MURDER UPON PLAINTIFF

2. THAT THESE COMBINED CONDITIONS ARE A VIOLATION OF PHILLIPS' CONSTITUTIONALLY PROTECTED RIGHT AGAINST CRUEL & UNUSUAL PUNISHMENT AS GUARANTEED BY THE 8th AMENDMENT TO THE UNITED- STATES CONSTITUTION. (SEE: EXHIBIT _A_ ).

3. NAME AND ADDRESS OF INDIVIDUAL(s) ALLEGED TO HAVE VIOLATED PHILLIPS' CONSTITUTIONAL RIGHTS ARE AS FOLLOWS:

    A. UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES, UNITED STATES DEPARTMENT OF JUSTICE, WASHINGTON, D.C. 20530;

    B. ALABAMA ATTORNEY GENERAL TROY KING, 11 SOUTH UNION STREET, MONTGOMERY, ALABAMA 36130;

-2-

C. U.S. ATTORNEY ALICE MARTIN, 1801 FOURTH AVENUE NORTH, ROOM 201, BIRMINGHAM, ALABAMA 35203-2101 ;

D. ALABAMA DISTRICT ATTORNEY (JEFFERSON COUNTY), HON.-
   DAVID. M. BARBER, 716 RICHARD ARRINGTON JR., BLVD., ROOM L-01 CRIMINAL JUSTICE CENTER, BIRMINGHAM, ALABAMA 35263-0121 ;

E. ALABAMA PRISON COMMISSIONER RICHARD F. ALLEN, 301 - SOUTH RIPLEY STREET, MONTGOMERY, ALABAMA 36130;

F. A-Z (THOSE ASSOCIATED WITH THE CARE, CUSTODY AND CONTROL OF PLAINTIFF FROM MAY 7, 1997 TO THE DATE OF FILING), 100 WARRIOR LANE, BESSEMER, AL. 35023

4. ON THE 15th DAY OF FEBURARY, 2007 PHILLIPS FILED MOTION FOR PRELIMINARY INJUNCTION WHICH WAS INADVERTENTLY SENT TO THE UNITED STATES COURT OF FEDERAL CLAIMS, (CASE NO: 07-140-C). IT WAS DISMISSED ON THE 24th DAY OF MAY, 2007 WITHOUT PREJUDICE DUE TO COURTS LACK OF SUBJECT MATTER JURISDICTION.

PURSUANT TO RULE 201(d), FEDERAL RULES OF EVIDENCE PHILLIPS PRAYS THE COURT TAKE JUDICIAL NOTICE OF THE FACTS STATED ABOVE.

## COUNT II

PHILLIPS MAINTAINS AND AVERS THE FACTS ALLEGED IN COUNT I AND STATES THE FOLLOWING:

ON THE _____ DAY OF_____, 200___, PHILLIPS FILED SEVERAL COMPLAINTS WITH THE ABOVE NAME DEFENDANTS DUE TO THE-

CONTINUOUS PAIN AND SUFFERING HE HAS EXPERIENCED. IN THE--
COMPLAINTS HE HAS REQUESTED THAT AN INVESTIGATION BE CONDUCTED
CONCERNING HIS ALLEGATIONS, BUT NO AVAIL.

ATTACHED TO THE COMPLAINTS WAS A COPY OF EXHIBIT-A. AS ATTACHED
IN IT THE COURT WILL FIND AN EXHAUSTED EXPLANATION OF FACTS
SUFFICIENT ENOUGH TO MEET THE RELIEF SOUGHT IN PHILLIPS' INITIAL
COMPLAINT.

## RELIEF SOUGHT

1. THE PLAINTIFF DEMANDS THAT THE DEFENDANTS BE ORDERED TO
CONDUCT AN ADEQUATE INVESTIGATION OF HIS ALLEGATIONS THAT WAS
REPORTED TO THE VARIOUS AGENCIES.

2. THE PLAINTIFF DEMANDS A COMPLETE COPY OF ALL INVESTIGATIVE
REPORTS CONCERNING THIS MATTER.

3. THE PLAINTIFF DEMANDS THAT NO FURTHER RETALIATORY ACTINS
BE TAKEN AGAINST HIM OR ANY OF HIS WITNESSES, FAMILY, ETC.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 8TH DAY OF NOVEMBER,
2007.

_____          _____
NOTARY PUBLIC                            CHARLES T. PHILLIPS


_____
MY COMMISSION EXPIRES: OCT 2008

AFFIDAVIT/complaint of charles thomas phillips, AIS#105239

    PERSONALLY APPEAR BEFORE THE UNDERSIGNED CHARLES THOMAS PHILLIPS, AIS#105239, OF THE STATE OF ALABAMA OF JEFFERSON COUNTY, BESSEMER-DIVISIION, IN AND FOR SAID COUNTY, CHARLES THOMAS PHILLIPS, WHO BEIING DULY SWORN, SAYS THAT ATTACHED IS A LIST OF ALL OF THE D.O.C. OFFICIALS HE BELIEVE WERE INVOLVED IN SEVERELY BEATING CHARLES THOMAS PHILLIPS, ON MAY 7, 1997, AND ALSO ATTACHED IS A LIST OF PEOPLE WHO HAVE KNOWLEDGE OF THE MAY 7, 1997, BEATING, WHOSE NAMES ARE OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY, DID INTENTIONALLY TRY TO KILL CHARLES THOMAS PHILLIPS, BY BEATING HIM WITH BATONS, WEIGHT GLOVES, SHOCK SHIELD, SHOT SEVERAL TIMES WITH A GUN THAT SHOT RUBBER BULLETS AND ONCE THEY RUN OUT OF RUBBER BULLETS THEY TOOK THEIR GUNS AND BROKE THEM ON CHARLES THOMAS PHILLIPS BODY. THERE WERE SEVERAL OFFICERS THAT BROKE THEIR WALKIETALKIES ON CHARLES THOMAS PHILLIPS BODY AND 3 CATTLE PRONGS ON PHILLIPS BODY IN VIOLATION OF SECTION 13A-6-4 of the CODE OF ALABAMA 1975, AND 13A-4-2 CODE OF ALABAMA 1975.

    I am a citizen of the STATE OF ALABAMA.

    I am over the age of 21. I am the affiant in this affidaviit/complaint and states the following:

    I, Charles Thomas Phillips, AIS#105239, got my family to report in 1997, to the F.B.I. agency that several D.O.C. Officials assaulted me. Yet justice has never been served due to the officials at Donaldson Facility, giving F.B.I. Agent Richard W. Robert, Chief Criminal Section, false statements and evidence.

    On May 7, 1997, around or about 9:45p.m., I was out side on B-Dorm exercise yard at Donaldson Facility, talking with COI Charmane Henderson about getting some cleaning supplies that were in the cubicle ~~of the cleaning supplies~~ floor where she was working. When I reached in the cubicle to get the cleaning supplies, COI Charmane Henderson screamed as though she had seen a rat or some sort of insect. A few seconds later COI Mitchell Etheridge and COI Robert Coleman run to the B-Dorm exercise yard and COI Mitchell Etheridge said to me "Motherfucker, what do you think you are doing?" Before I could say anything, COI Mitchell Etheridge started hitting me with his baton on my hip, legs, head and all over my body. A few seconds latter a CODE RED was called. Second and Third shift D.O.C. Officials responded to the call and then COI Robert Coleman, COI ElRoy Knott, COI Charmane Henderson, COI L. Carter and about 70 more other D.O.C. Officials started beating me all over my body for about 20 minutes while I was on the ground. After I kept going in and out of consciousness, I saw Sgt. Steve Barley "now Lt. Barley" and I asked Sgt. Barley to get me to a Doctor. Sgt. Barley walked up to me and took his baton and bashed me on the right side of my face and said he was the Doctor. Before I passed out again, I remember Sgt. Author telling all of the 70 plus D.O.C. Officials that responded to the CODE RED at the B-Dorm exercise yard that everything is off the record because this is military on military, so beat Phillips down.

I was beaten with weight gloves that were woren by COI Terry Thomas, COI Tobby Thomas and COI B.F. Fant. COI Calier and COI Terry Thomas shot me several times with a gun that shot rubber bullets and once they run out of rubber bullets they took their guns and broke them on my body. There were several other officers that broke their walkie-talkies on my body. And several other officers broke their batons and 3 cattle prongs on my body. I was hand cuffed about 20 minutes after the CODE RED CALL, and beaten by COI Jimmy Jackson, COI Quilimar "now Classification specialist", COI Parks, COI Michael Tinnyhill, COI Charles Willis, Sgt. Steve Barley, COI Ronald Mills, and other D.O.C. Officials who continued to beat me from the B-Dorm exercise yard to the infirmary. When Nurse Shanefelt asked me what happened, as I was telling Nurse Shanefelt what had happen, she said "this man needs a Doctor" and she reached for the telephone to call a Doctor for me but Sgt. Steve Barley told Nurse Shanefelt to put that phone down and don't call no Doctor because we got this under control. So Nurse Shanefelt got scared and moved from the phone.

Sgt. Steve Barley told Nurse Shanefelt to "do what I told you to do and write what I tell you (nurse shanefelt) to write" on my body chart report. Once Nurse Shanefelt wrote a false body chart report I was escorted to segregation 1 cell 10. The D.O.C. Officials released every inmate who was in segregation 1 and a few minutes later COI Ronald Mills, COI Parks, COI James hudson and COI Jimmy Jackson came to my cell and started throwing tear gas bombs inside of my cell. Somebody said "the motherfucker wont fall over". The tear gas bomb throwing lasted for about 5 to 10 minutes it seemed. The Officers left a few minutes later and I passed out, but the next morning early I was awoken by COI Jimmy Jackson, COI James Hudson and Lt. Freeman, they came to my cell to "kill Phillips". I was awakened by COI Jimmy Jackson chocking me and COI James Hudson trying to pull my pants down and Lt. Freeman standing on the toilet telling COI Jimmy Jackson to "break Phillips neck" and "get him over here so we can hang him up by his boot strings" on the vent in my cell. I panicked and started wiggling so fast because I knew they were going to kill me but, before COI Jimmy Jackson and COI James Hudson could control my movement, they lost hold of me and all three run out of my cell and hollered and told the cube officer to shut my door. Also, on the 8th day of May, 1997, a few minutes later, Lt. Freeman and COI James Hudson came back to my cell with a shock shield and demanded me to turn around so they could hand cuff me.

I was escorted by COI Hudson and Lt. Freeman to Capt. Myres office and Lt. Keen was present. Capt Myres said "what is this", talking about me. Capt. Myres said what's going on here, I asked Capt. Myres why is he letting these folks kill me like that. Capt. Myres said take him out. COI James Hudson and Lt. Freeman took me to the infirmary and the nurse drew two tubes of blood and they took me back to segregation. On the 9th of May, 1997, Dr. Ron Cavanaugh "now commissioner", Classification Specialist Hardison, "now Commissioner", Chapllin Bill Lindsey, Lt. Freeman and somebody said that Phillips memory is gone and they left. On the 11th or 12th of May, 1997, when Dr. Cavanaugh came back to my cell, I told Cavanaugh that you know me and I said I needed to see a Doctor because I was in severe pain.

2

I told Cavanaugh that I was not out of my mind and I was hurting all over from the beating. Dr. Cavanaugh looked at me and left. On the 13th of May, 1997, I was escorted to the infirmary for multiple X-Rays of my upper body and after I was escorted back to segregation. I was served a false disciplinary on the 15th of May, 1997, I went to disciplinary hearing on the 17th day of May, 1997, and was found guilty of a false charge on COI Charmane Henderson. On May 21st, 1997, COI Ed Jones and COI Wheeler transported me to MARK AND CLARK M.D.PC, ORAL AND MAXILIFACAL SURGERIAL, 1600 20th STREET SOUTH, SUITE 210, BIRMINGHAM, ALABAMA 35205, for surgery but went we got to Marks office, he saiid he couldn't do surgery because the officers who transported me there forgot the special X-Rays that X-Ray Lab Worker S. Crunt did at the infirmary at Donaldson Facility. The officers took me back to Donaldson Facility and placed me back in segregation cell 5-55. On the 22nd day of May, 1997, COI Ed Jones and COI Wheeler transported me around 8:00a.m., back to Mark and Clark for surgery with the X-Ray files they forgot the previous day. The surgery lasted about 4 hours. Dr. Mark did two skull surgeries and my upper jaw bone was broken. I believe I received a plate in my head. I was transported back to Donaldson Facility a few minutes after the surgery on the same day, and placed iin the infirmary at Donaldson Facility due to Dr. Mark telling the officers that I am to be under close observatiion. The next night 10:00p.m., an offiicer came to the infirmary and told me to pack my property because Lt. Jimmy Richburg told him to place me back in segregation.

II stayed iin segregation from May 7, 1997 till the 22nd day of May, 1997, before I got any real help. II was spitting up blood and my ribs were broken but Mark could not treat me for my broken ribs or all of the blood I was spitting up because D.O.C. did not approve him for that service. I also received two busted ear drums. Attached is a list of all of the D.O.C. Officials I believe were involved in severely beating me on May 7, 1997, and also attached is a list of people who have knowledge of the May 7, 1997 beating.

Also, on May 9th, 1997, Nurse Authur came to my cell door in segregation and I told her my skull, neck and ribs were paining me real bad. I told her that I was bleeding internally, because I was caughing up a lot of blood and I believe my lungs are busted. Nurse Authur just looked wild eyed at me and walked away from my cell door. On the 12 day of May, 1997, psychology Dr. Troge came to my cell door and said the warden told her to come back there to my cell to see me. Dr. Troge said that she was tired of D.O.C. Officials treating the inmates the way they did, and she was tired of doing their dirty work. She said that she was tired of all she'd been going through since she had been at Donaldson Facility, and that if I could get some help she would attest to what she has seen and what she knows about the D.O.C. Officials. She said she had just seen another inmate in 6-Block just like me, who was beaten unrecognizeable. Dr. Troge asked me why I was crying and I told her that I was in severe pain and needed to see a medical Doctor. I told her to look at me and she said if I got some help, she would do what she was suppose to do.

3

     Dr. Troge said that she would not be back and I would not see her again at Donaldson Faciliity. II am competent to attest under penality of perjury under oath that everything in this affidavit/complaint iis true and correct to the best of my knowledge. "Don't believe anything I say, just review the evidence".

SWORN UNDER OATH ON THIS ___6___ DAY OF _December_, 2006.

___3-16-09___
MY COMMISSION EXPIRE

___Charles T. Phillips___
AFFIANT

___Patrick R. Richie___
NOTARY

4