UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES T. PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0016 |
| UNITED STATES ATTORNEY GENERAL, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.

Plaintiff is incarcerated at the W.E. Donaldson Correctional Facility in Bessemer, Alabama. His claims arise from an assault he allegedly suffered at the hands of corrections officers in May 1997. *See* Pl.'s Aff. at 1

Under 28 U.S.C. § 1404(a), a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F. Supp. 461, 463 (D.D.C. 1978). Even though a court typically

should give deference to a plaintiff's choice of forum, it need give substantially less deference when the forum preferred by the plaintiff is not his home forum. *Piper Aircraft v. Reyno*, 454 U.S. 235, 255-56 (1981); *Boers v. United States*, 133 F. Supp. 2d 64, 65 (D.D.C. 2001).

The Court has reviewed the complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Assuming without deciding that plaintiff adequately states a claim against these defendants, this district is not the proper place for its resolutionThe District of Columbia has no apparent connection to this case aside from being the capital of the United States. *See Boers*, 133 F. Supp. 2d at 66. Therefore, in the interests of justice, this action will be transferred.

Accordingly, it is hereby

ORDERED that this civil action shall be **TRANSFERRED** to the United States District Court for the Northern District of Alabama. Resolution of plaintiff's application to proceed *in forma pauperis* left for the transferee court.

SO ORDERED.

/s/ Ellen S. Huvelle
United States District Judge

Date: 11/21/07